(March 5, 1908.)

FARMERS' CO-OPERATIVE DITCH COMPANY, a Corporation, Plaintiff and Respondent, v. RIVERSIDE IRRIGATION DISTRICT, LTD., Defendant and Appellant; SIEBENBERG CO-OPERATIVE DITCH COMPANY et al., Respondents.

[94 Pac. 765.]

APPEAL from the District Court of the Third Judicial District for the County of Ada. Hon. George H. Stewart, Judge.

Action by the plaintiff to have the rights and priorities of the appropriators of water from the Boise river determined and agreed. Cause tried and decree entered for the several claimants. Defendant, the Riverside Irrigation District, appealed from the judgment. *Affirmed.*

Rice & Thompson, for Appellant.

J. C. Rice, Frank Martin, F. J. Smith, Silas Moody, Karl Paine, Walter Griffiths, Smith & Scatterday, S. H. Hays, Ira E. Barber, H. E. Wallace, W. A. Stone and J. L. Niday, for Respondents.

PER CURIAM.—This appeal by the Riverside Irrigation District is taken in the same case and from the judgment that has been considered in *Farmers' Co-operative Ditch Company v. Riverside Irrigation District et al.,* Respondents, and *Nampa & Meridian Irrigation District,* Appellant, just decided by this court, *ante,* p. 450, 94 Pac. 761. The same questions are involved in this appeal as on that, and upon the authority of that case the judgment from which this appeal is taken will be affirmed. Costs in favor of respondents.